IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNIE GLASPER**                                                                           **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 1:22-cv-171-TBM-RPM**

**UNKNOWN HUFFMAN,** *et al.*                                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2022.

                                                                          **TAYLOR B. McNEEL**
                                                             **UNITED STATES DISTRICT JUDGE**